| | |
|---|---|
| 1 | ANDREW L. PACKARD (State Bar No. 168690) |
|   | ERIK M. ROPER (State Bar No. 259756) |
| 2 | Law Offices of Andrew L. Packard |
|   | 100 Petaluma Boulevard North, Suite 301 |
| 3 | Petaluma, CA 94952 |
|   | Telephone: (707) 763-7227 |
| 4 | Facsimile: (415) 763-9227 |
|   | E-mail: andrew@packardlawoffices.com |
| 5 |         erik@packardlawoffices.com |
| 6 | ROBERT J. TUERCK (State Bar No. 255741) |
|   | Jackson & Tuerck |
| 7 | P.O. Box 148 |
|   | 429 Main Street, Suite C |
| 8 | Quincy, CA 95971 |
|   | Telephone: (530) 283-0406 |
| 9 | Facsimile: (530) 283-0416 |
|   | E-mail: bob@jacksontuerck.com |
| 10 | |
|   | Attorneys for Plaintiff |
| 11 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE. |
| 12 | DANIEL M. BRIAN (State Bar No. 262485) |
|   | Beveridge & Diamond, P.C. |
| 13 | 456 Montgomery Street, Suite 1800 |
|   | San Francisco, CA 94104-1251 |
| 14 | Telephone:  (415) 262-4000 |
|   | Facsimile:  (415) 262-4040 |
| 15 | E-mail: dbrian@bdlaw.com |
| 16 | Attorney for Defendant |
|    | SIEMENS WATER TECHNOLOGIES CORP. |
| 17 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No. 2:11-cv-00413- JAM-DAD |
|   Plaintiff, | **NOTICE AND STIPULATION OF TIME EXTENSION FOR DEFENDANT'S ANSWER TO COMPLAINT** |
| vs. | Date:  August 5, 2011 |
| SIEMENS WATER TECHNOLOGIES CORP., | Judge: Judge John A. Mendez |
|   Defendant. | [Complaint Filed:  February 24, 2011] |

NOTICE & STIPULATION FOR TIME EXTENSION FOR DEFENDANT'S ANSWER;
Case No. 2:11-cv-00413-JAM-DAD
1

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE HONORABLE JOHN A. MENDEZ:

2  **PLEASE TAKE NOTICE** that Plaintiff California Sportfishing Protection Alliance
3  ("CSPA") and Defendant Siemens Water Technologies Corp. have agreed to enter into a Consent
4  Agreement to settle the allegations set forth in CSPA's Complaint.  A copy of the Consent
5  Agreement is attached hereto as Exhibit A.

6  Under 40 C.F.R. § 135.5, the Consent Agreement is subject to a 45-day review by the U.S.
7  EPA and the U.S. Department of Justice.  The review period is scheduled to expire on September 5,
8  2011, 28 days after Siemens' Answer is due.  To accommodate the United States' review of the
9  Consent Agreement, the parties hereby stipulate, pursuant to the Local Rules of the Eastern District
10 of California, Rule 144(a), to extend the deadline for Defendant's Answer from August 8, 2011 to
11 October 17, 2011.

NOTICE & STIPULATION FOR TIME EXTENSION FOR DEFENDANT'S ANSWER;
Case No. 2:11-cv-00413-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  August 5, 2011        LAW OFFICES OF ANDREW L. PACKARD

                              By:    /s/   Erik M. Roper (as authorized on August 4, 2011)
                              _____
                              Erik M. Roper
                              Attorney for Plaintiff
                              California Sportfishing Protection Alliance


Dated:  August 5, 2011        BEVERIDGE & DIAMOND, P.C.


                              By:    /s/   Daniel M. Brian
                              _____
                              Daniel M. Brian
                              Attorney for Defendant
                              Siemens Water Technologies Corp.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

This Court, having duly considered Plaintiff California Sportfishing Protection Alliance's and Defendant Siemens Water Technologies Corp.'s notice and stipulation to extend the deadline for Defendant's Answer from August 8, 2011 to October 17, 2011, hereby orders that the time extension be GRANTED.

IT IS SO ORDERED.

Dated: 8/5/2011        /s/ John A. Mendez
                      HON. JOHN A. MENDEZ
                      UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com