ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
          erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIEMENS WATER TECHNOLOGIES CORP., a Massachusetts corporation,<br><br>    Defendant. | Case No. 2:11-CV-00413-JAM-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA"), and Defendant Siemens Water Technologies Corp. ("Siemens") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about December 13, 2010, CSPA provided Siemens with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

PDF created with pdfFactory trial version www.pdffactory.com

1  **WHEREAS**, on February 14, 2011, CSPA filed its Complaint against Siemens in this
2  Court, *California Sportfishing Protection Alliance v. Siemens Water Technologies Corp.*, (USDC,
3  E.D. Cal., Case No. 2:11-CV-00413-JAM-DAD) and said Complaint incorporated by reference
4  all of the allegations contained in CSPA's 60-Day Notice Letter;

5  **WHEREAS**, CSPA and Siemens, through their authorized representatives and without
6  either adjudication of CSPA's claims or admission by Siemens of any alleged violation or other
7  wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set
8  forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and
9  uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into
10 by and between CSPA and Siemens is attached hereto as Exhibit A and incorporated by
11 reference.

12 **WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt
13 requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day
14 review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the
15 agencies.

16 **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between
17 the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be
18 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties
19 respectfully request an order from this Court dismissing such claims with prejudice.  In
20 accordance with Clause 18 of the Consent Agreement, the Parties also request that this Court
21 retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of
22 resolving any disputes between the parties with respect to enforcement of any provision of the
23 Consent Agreement.
24 //
25 //
26 //
27 //
28 //
STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. 2:11-CV-00413-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  September 6, 2011 | LAW OFFICES OF ANDREW L. PACKARD |

By:_____

Erik M. Roper
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated:  September 6, 2011           BEVERIDGE & DIAMOND

By:_____

Daniel M. Brian
Attorney for Defendant
SIEMENS WATER TECHNOLOGIES CORP.

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Siemens Water Technologies Corp. as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:11-CV-00413-JAM-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:   September 8, 2011          /s/ John A. Mendez
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com